ELLICK POWELL *against* BARZILLA BROWN.

EJECTMENT for one hundred acres of land in *Fairfield*, described as Lot No. 10. in the second division of lots laid out and severed to the right of *Joseph Newmarch*, an original grantee under the charter.

General issue pleaded and put to the Jury.

Plaintiff shewed a good apparent title by deed.

Defendant relied upon a title derived from the sale of the land under a proprietary tax, and offered the collector's deed in evidence.

The deed of a collector of a proprietor's tax, however it may be worded, is not even *prima facie* evidence of a legal sale of the land. The proceedings of the proprietors in the assessment of the tax, and the collector's own acts in the levy of it must be first shewn.

Powell
v.
Brown.

The counsel for the plaintiff objected to the collector's deed being read until the assessment of the tax by the proprietors was first shewn.

*Per Curiam.* When the deed of a collector of a tax assessed and levied immediately by the State, is exhibited in evidence, and the deed sets forth, that the collector hath in all things pursued the law, it shall be considered as *prima facie* evidence of a legal sale. But this merely casts the *onus probandi* on the adverse party, for the acts of this officer of government may be impeached. But the deed of a collector of a proprietor's tax, however it may be worded, is not even *prima facie* evidence of a legal sale. The law will not render that respect to the doings of the servant of a private corporation, which it pays to the acts of an acknowledged officer of the State.

In the present case the collector's deed cannot be read to the Jury until all the proceedings of the proprietors in the assessment of the tax, and the collector's own acts in the levy of it, be first shewn.

The defendant's counsel now produced the records of the proceedings of the proprietors of *Fairfield.* They set forth, that at a proprietor's meeting *legally warned* for the purpose, &c.

The warrant warning the meeting of the proprietors must be produced, that the Court may be enabled to judge whether it issued agreeably to law.

Plaintiff's counsel insisted, that the warrant for warning the meeting of the proprietors should be produced.

*Per Curiam.* The warrant warning the meeting of the proprietors must be shewn, that the Court may

be enabled to judge whether it issued agreeably to law.

Powell<br>v.<br>Brown.

Verdict for the plaintiff.

*William C. Harrington* and *Levi House,* for plaintiff.

*Bates Turner,* for defendant.

Verdict for the plaintiff.